UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD D WILLARD,

    Petitioner,

v.                                     Case No. 3:19cv124-LC-HTC

SECRETARY, FLORIDA DEPT OF CORRECTIONS,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 11, 2020 (ECF No. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and the Court has reviewed Plaintiff's objections, filed June 3, 2020. (ECF No. 26).

Having considered the Report and Recommendation and conducted a *de novo* review of all objected-to portions, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 25) is adopted and incorporated by reference in this order.

2. The Respondent's motion to dismiss, ECF Doc. 22, is GRANTED, and this petition is DISMISSED WITH PREJUDICE as untimely.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of June, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv124-LC-HTC